Certificate Number: 05781-ILN-DE-037390436

Bankruptcy Case Number: 23-03266



05781-ILN-DE-037390436

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 30, 2023, at 9:25 o'clock PM PDT, Felicia Pittman completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:  April 30, 2023

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President